UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
:
CHARTWELL THERAPEUTIC LICENSING LLC,   :   Case No.:  20-cv-6209
:
                Plaintiff,   :   **Hon. Valerie E. Caproni**
:   **United States District Judge**
    v.   :   **Part 1**
:
ALVOGEN, INC.,   :
:
                Defendant.   :
:
------------------------------------ x

## [~~PROPOSED~~] ORDER SEALING STATE COURT COMPLAINT

On the application of Defendant Alvogen, Inc., and for good cause shown, IT IS ORDERED, pursuant to Federal Rule of Civil Procedure 5.2(d) and (f):

The unredacted complaint filed in *Chartwell Therapeutics Licensing LLC v. Alvogen, Inc.*, Index. No. 032586/2020, before the Supreme Court of the State of New York, Rockland County (the "State Court Action"), shall be filed under seal when Alvogen, Inc. files its Notice of Removal, and the parties and court staff are ordered to protect its contents from disclosure to non-parties to this action;

The redacted complaint filed as NYSCEF Doc. No. 2 in the State Court Action, and all other papers attached to Alvogen, Inc.'s Notice of Removal, as well as the Notice of Removal itself, may be filed publicly.

<u>The unredacted complaint and this Order shall be docketed as viewable to only the parties in this case. The seal shall be effective for 14 days or until further order from the assigned judge, whichever is earlier.</u>

SO ORDERED.     Date: 08/07/2020

*[signature: Valerie Caproni]*

HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE
PART I

Dated: August 7, 2020

Respectfully submitted,

AXINN, VELTROP & HARKRIDER LLP

By: /s/   *Joshua S. Reisberg*
   Joshua S. Reisberg

Matthew J. Becker, (*pro hac vice* to be filed)
mbecker@axinn.com
Jarod G. Taylor, SDNY Bar No. JT1257
90 State House Square
Hartford, CT 06067
Phone: 860.275.8100
Fax: 860.275.8101
jtaylor@axinn.com

Joshua S. Reisberg, SDNY Bar No. JR2093
114 West 47th Street
New York, NY 10036
Phone:  212.728.2200
Fax:  212.728.2201
jreisberg@axinn.com

*Attorneys for Defendant Alvogen, Inc.*