UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CHARTWELL THERAPEUTICS
LICENSING LLC,

                   Plaintiff,

**ORDER**

v.

20 CV 6209 (VB)

ALVOGEN, INC.,

                   Defendant.
--------------------------------------------------------------x

       Defendant having filed a partial motion to dismiss the amended complaint pursuant to Rule 12(b)(6) (Doc. #46), it is HEREBY ORDERED:

       1.      Defendant's motion is DENIED.

       2.      By **August 2, 2021**, defendant shall file an answer.

       3.      A telephone conference is scheduled for **August 26, 2021, at 2:30 p.m.**, at which time the Court will issue a bench ruling explaining the basis for its decision. This conference shall also serve as an initial conference in this matter. All counsel shall use the following information to connect by telephone:

       **Dial-In Number**: (888) 363-4749 (toll free) **or** (215) 446-3662
       **Access Code**: 1703567

       4.      By **August 23, 2021**, counsel shall file on the ECF docket their proposed Civil Case Discovery Plan and Scheduling Order, a blank copy of which will be attached to the Notice of Initial Conference. The Notice will be separately docketed.

       5.      The Clerk is instructed to terminate the motion. (Doc. #46).

Dated: July 19, 2021
       White Plains, NY

                                         SO ORDERED:

                                         Vincent L. Briccetti
                                         United States District Judge