UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHARTWELL THERAPEUTICS LICENSING,            :
LCC,
                Plaintiff,                    :

v.                                                                      :

ALVOGEN, INC.,                                             :
                Defendant.               :

------------------------------------------------------------x

**ORDER**

20 CV 6209 (VB)

     The Court conducted a status conference today, at which counsel for both parties appeared. Counsel discussed the parties' ongoing efforts to resolve this matter and requested extending the stay of all discovery deadlines in this matter for an additional thirty days while settlement discussions continue.

     Accordingly, it is HEREBY ORDERED:

1. All discovery deadlines shall remain stayed pending further order of the Court.

2. The next status conference in this matter is scheduled for **May 5, 2022**, at **9:30 p.m.**

3. By **April 25, 2022**, counsel shall submit a joint letter regarding the status of their discussions, including an update on whether the May 5, 2022, conference should remain on the calendar.

Dated: April 4, 2022
      White Plains, NY

                SO ORDERED:

                Vincent L. Briccetti
                United States District Judge