UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CHARTWELL THERAPEUTICS LICENSING,
LCC,
            Plaintiff,

v.

ALVOGEN, INC.,
            Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 6209 (VB)

    The Court conducted a status conference today, at which counsel for both parties appeared. Counsel discussed the parties' ongoing efforts to resolve this matter and requested extending the stay of all discovery deadlines in this matter until July 24, 2023, while settlement discussions continue.

    Accordingly, it is HEREBY ORDERED:

1. All discovery deadlines shall remain stayed pending further order of the Court.

2. By July 24, 2023, counsel shall submit a joint letter regarding the status of their settlement discussions, including an update on whether the matter has been resolved and a settlement agreement reached.

3. If no agreement is reached, the parties shall also submit a joint proposed Civil Case Management Plan and Scheduling Order by July 24, 2023, with revised dates for all remaining deadlines, noting any areas of disagreement between the parties.

Dated: July 12, 2023
      White Plains, NY

                                    SO ORDERED:

                                    /s/ Vincent L. Briccetti
                                    Vincent L. Briccetti
                                    United States District Judge