

**WARSHAW BURSTEIN, LLP**
575 Lexington Avenue
New York, NY 10022
Tel: 212-984-7700
www.wbny.com

Robert Fryd
Direct Dial: (212) 984-7855
Email: rfryd@wbny.com

**BY ECF**

July 24, 2023

Hon. Vincent L. Briccetti
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

   Re: **Chartwell Therapeutics Licensing LLC v. Alvogen, Inc., 20-CV-06209-VB**

Dear Judge Briccetti:

  We are attorneys for plaintiff Chartwell Therapeutics Licensing LLC ("Chartwell") in the above-referenced civil action. In accordance with the Court's Order dated July 20, 2023 (ECF Doc. No. 110), we have refiled the parties' joint motion to seal the Settlement Agreement in this action and have contemporaneously filed under seal a copy of the proposed sealed Settlement Agreement. We respectfully request, however, that in the event that the Court determines the Settlement Agreement should not be sealed and should be made public, the parties be given the option to withdraw the Settlement Agreement from the Court file altogether without its being made public.

  With respect to the portion of the Court's order that directs the parties to separately file a proposed stipulation and order of dismissal on the public docket, the Settlement Agreement provides for the execution of a stipulation of dismissal with prejudice, to be filed and so ordered by the Court only if and when full performance of the Settlement Agreement has been completed. The parties accordingly request that, as an alternative, the case be administratively closed pending the filing of the stipulation of dismissal by plaintiff's attorneys in accordance with the Settlement Agreement.

  We again thank the Court for its time and attention to this matter.

                Respectfully,

                Robert Fryd

cc: All Counsel of Record

{1598566.1 }